IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIEMATIC MOBELWERKE GMBH & CO.KG | : | |
| Plaintiff, | : | |
| v. | : | 06-CV-5165 |
| | : | |
| SIEMATIC CORPORATION, SIEMATIC DESIGN STUDIOS, LLC FRANK W. SIEKMANN, | : | |
| Defendants. | : | |
| | : | |
| SIEMATIC CORPORATION and FRANK SIEKMANN, | : | |
| Counterclaim-Plaintiffs, | : | |
| v. | : | |
| SIEMATIC MOBELWERKE GMBH & CO KG, and ULRICH SIEKMANN | : | |
| Counterclaim-Defendants. | | |

## ORDER

**AND NOW**, this __12th___ day of August, 2009, upon consideration of the Motion of Plaintiff SM Germany and Third-Party Defendant Ulrich Siekmann to Dismiss Counterclaim Counts V and VI of the Defendant's Second Amended Answer, Affirmative Defenses, and Counterclaims (Doc. #132), and any response thereto, it is **ORDERED** that the Motion to Dismiss is **GRANTED** and Counts V and VI of the Counterclaims are **DISMISSED** with prejudice.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to:


O:\ABB 2009\L - Z\Siematic v Siematic Order Dismisssing Amended Counterclaims.wpd