# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIEMATIC MÖBELWERKE GmbH & Co. KG, | : <br> : CIVIL ACTION <br> : |
| Plaintiff, | : <br> : |
| v. | : No. 06-5165 <br> : |
| SIEMATIC CORPORATION, et al. | : <br> : |
| Defendants. | : |

## ORDER

**AND NOW**, this ___3rd___ day of November, 2009, upon consideration of the parties' responses to the Court's Order of July 15, 2009 (Doc. #138), *see* Plaintiff SieMatic Möbelwerke GmbH & Co. KG's ("SMG") Memorandum of Law Addressing Proposed Formula (Doc. #142) and Defendant SieMatic Corporation's ("SMC") Response (Doc. #152), it is **ORDERED** that **JUDGMENT** is entered in favor of SMG and against SMC on Count I of SMG's Complaint in the amount of **$3,817,077.81**. This amount equals the sum of (1) $1,423,327.30 (2004 Loan Debt, including prejudgment interest); and (2) $2,393,750.51 (Trade Debt, including prejudgment interest).

It is further **ORDERED** that post-judgment interest will accumulate from the date judgment is entered pursuant to 28 U.S.C. § 1961. Post-judgment interest shall be calculated at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment. *Id*. at § 1961(a). Interest shall be computed daily to the date of payment and shall be compounded annually. *Id*. at § 1961(b).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: